

**RECEIVED JUL 1 8 2023 U.S. BANKRUPTCY COURT, SDNY**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

IN RE DEBTOR: MATTHEW YOUNG

DATE: 5/23/2023

CASE NO. 1-23-BK-10312

## WITHDRAWAL OF PROOF OF CLAIM NUMBER 10

COMES NOW, Loan at Last in care of ZenResolve and pursuant to the Federal Rule of Bankruptcy Procedure 3006, withdraws its proof of claim number 10   in the amount of $ 578.23   filed on or about 3/29/2023  .

Loan at Last in care of ZenResolve

/S/  Jeff Bronson

Company: ZenResolve

Title:  President

ZenResolve

2770 Mission Rancheria Rd #315

Lakeport CA 95453

(800) 225-1375